IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARMONIX MUSIC SYSTEMS, INC., a Delaware Corporation, and VIACOM INC., a Delaware Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>KONAMI DIGITAL ENTERTAINMENT CO., LTD., a Japanese Corporation, and KONAMI DIGITAL ENTERTAINMENT, INC., an Illinois Corporation,<br><br>*Defendants*. | CIVIL ACTION NO. 1:09-cv-10206-RWZ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Harmonix Music Systems, Inc. and Viacom Inc. and Defendants Konami Digital Entertainment Co., Ltd. and Konami Digital Entertainment, Inc., have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action.  The parties, therefore, pursuant to Fed. R. Civ. P. 41(a)(ii),  hereby jointly stipulate to dismissal with prejudice of the above-entitled cause and all claims by Plaintiffs against Defendants and all claims by Defendants against Plaintiffs made therein.

The parties agree that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same, and that all rights of appeal are waived.

Dated: September 16, 2010

By: /s/ Robert Masters *with permission*

David S. Godkin (BBO #196530)
Anne Marie Longobucco (BBO #649299)
BIRNBAUM & GODKIN LLP
280 Summer Street, 5th Floor
Boston, MA 02210
Tel: 617-307-6100

Of Counsel:

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Robert M. Masters (*pro hac vice*)
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1763
Fax: (202) 551-0173

*Attorneys for Konami Digital Entertainment, Inc. and Konami Digital Entertainment Co., Ltd.*

Respectfully submitted,

By:   /s/ Mark Reiter

Thomas F. Maffei (BBO #313220)
Daniel P. Tighe (BBO #556583)
Scott McConchie (BBO #634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
Tel: (617) 542-9900
Fax: (617) 542-0900

Of Counsel:

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt (*pro hac vice*)
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax:  (212) 351-4035
jkrevitt@gibsondunn.com

Mark N. Reiter (*pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3360
Fax:  (214) 571-2907
mreiter@gibsondunn.com

*Attorneys for Plaintiffs Harmonix Music Systems, Inc. and Viacom Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 16, 2010, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

DATE: September 16, 2010           /s/   Robert A. Vincent